# EXHIBIT B



ISU 83DL (REV. 12/2011)
STATE OF CALIFORNIA
**DMV**
DEPARTMENT OF MOTOR VEHICLES
A Public Service Agency

DMV M/S G204
P.O. Box 942893
Sacramento, CA 94293-00001
November 29, 2016



## CONGRATULATIONS
You are eligible to Renew by Mail
Internet/Telephone

## RENEW EARLY
TO RECEIVE YOUR NEW LICENSE
BEFORE YOUR CURRENT
LICENSE EXPIRES



DRIVER LICENSE NUMBER
EXPIRES                    02-03-2017

If Address Has Not Changed
**RENEW VIA INTERNET**
Your Renewal Identification
VISIT WWW.DMV.CA.GOV or
☎ Call 1-800-777-0133

(1) **To renew your license by mail, you MUST complete the following or your renewal CANNOT be processed.** Send *check or money order only* payable to DMV. Print driver license number on the back of your check/money order. Processing this application at a DMV office counts as Renewal by Mail/Internet.

(2) Review the medical information on the back before responding. Since your last license renewal:
  • Have you had any health problems that could affect your ability to drive safely? If yes, check box and explain in #2 below.
  • If you have had any vision change which could affect your ability to drive safely, *you must renew in person*. Please call your local DMV office for an appointment.

(3) Give Life! Become an organ and tissue donor. Check box #3 to register with Donate Life California Registry and have the pink donor dot printed on your license. If currently registered, check box #3 for the dot. Read consent statement on back of this form.

(4) Check box #4 below if you would like to make a $2 voluntary contribution to promote and support organ and tissue donation. Please include $2 with the Amount Due and write a check/money order for the combined total.

(5) Have you moved? For Renewal by Mail, check one of the boxes on the back and complete the change of address information. Your new address will appear on your license. It is not necessary to visit a DMV office.
  • If you wish to register to vote or if you have moved to a *new county*, you must complete a new Voter Registration postcard (enclosed) and mail it to the Secretary of State.
  • If you are registered to vote and have moved within the *same county*, you may use this form to change your voter address.

✻ *SIGN AND DATE THE CERTIFICATION BELOW.* You will receive a new driver license with your most recent DMV photo.

**Please mail the completed portion below with your payment in the envelope provided. - Do not staple or tape documents.**
All renewals processed in person at a DMV Field Office will require a vision examination.

---

(1) AMOUNT DUE   $33                                                                                 DL 6 (REV 08/2015)

(2) ☐ Check box and briefly explain "yes" answer to question 2 above:
_____
_____ Day Phone #_____

(3) ☐ Yes! I want to register/continue as an organ and tissue donor.

(4) ☐ Enclosed is a $2 voluntary contribution to promote and support organ and tissue donation.

CERTIFICATION
I have read and agree to all the certifications on the back of this form. I have disclosed all health problems requested. I certify (or declare) under penalty of perjury under the laws of the State of California that the information I have provided is true and correct.

X_____
Signature                                Date

DMV Renewal
P.O. Box 942893
Sacramento, CA 94293-0003

## DRIVER LICENSE INFORMATION

**To Make an Appointment** — Save Time, make an appointment online at www.dmv.ca.gov or call 1-800-777-0133.
**Written Test** — If you are required to take a written test you will be tested on the rules and laws of the road. To prepare yourself, prior to your visit, you should read the "Driver's Handbook," available on line at www.dmv.ca.gov and at any DMV office.
**Drive Test** — If you are required to take a drive test, you will need to make an appointment. If you are required to take both a written and drive test, you must pass the written test before you can make an appointment for the drive test.
**Fees** — Renewal and reissue fees are payable by cash or check only at your local DMV office. (Checks should be payable to DMV).

## MEDICAL INFORMATION

**Health** — DMV must be notified if, within the last three years, you have: experienced a loss of consciousness; or had any episode of marked confusion caused by any condition which may bring about recurring lapses, had any disease, disorder, or disability which affects your ability to drive safely. Examples of the above are: epilepsy, diabetes, stroke, drug or alcohol addiction.
**Vision** — Vision changes since your last renewal must be reported to DMV. Examples are: cataracts, diabetic retinopathy, glaucoma, macular degeneration.

## ORGAN AND TISSUE DONOR CONSENT STATEMENT

If, on the front of this form, you marked "Yes" to register as an organ and tissue donor you are legally authorizing the recovery of organs and tissues in the event of your death. Registering as a donor will not affect your medical treatment in any way. As outlined in the California Anatomical Gift Act, your authorization is legally binding and, unless the donor is under 18 years of age, your decision does not require the consent of any other person. For registered donors under 18 years of age, the legal guardian shall make the final decision. You may limit your donation to specific organs or tissues, place usage restrictions, for example transplantation or research, obtain more information about donation, or remove your name from the registry on the Internet Web site of Donate Life California: *www.donateLIFEcalifornia.org*.

## CERTIFICATIONS

- I agree to submit to a chemical test of my blood, breath, or urine for the purpose of determining the alcohol or drug content of my blood when testing is requested by a peace officer acting in accordance with Vehicle Code §23137 or §23157.
- I am hereby advised that being under the influence of alcohol or drugs, or both, impairs the ability to safely operate a motor vehicle. Therefore, it is extremely dangerous to human life to drive while under the influence of alcohol or drugs, or both. If I drive while under the influence of alcohol or drugs, or both, and as a result, a person is killed, I can be charged with murder.
- Signing this application tells DMV that you were notified that if you are under 21 years of age, you cannot legally drive with a blood alcohol concentration (BAC) of 0.01% or more. Driving with a BAC of 0.01% or more, or refusing to take, or failing to complete an alcohol screening or drug test, results in a one-year suspension of your driving privilege.
- By signing this application, I certify that I was notified that if I am currently on court probation for a driving under the influence offense, I cannot legally drive with a blood alcohol concentration (BAC) of .01% or more. Driving with a BAC of .01% or more results in a one-year suspension of my driving privilege. Refusing to take, or failing to complete an alcohol screen or chemical test will result in a two to three year suspension/revocation of my driving privilege.
- I am the person whose name appears on the front of this form. The mailing address shown is valid, existing, and accurate. I agree to accept service of process at this mailing address according to §415.20(b), §415.30(a), and §416.90 of the Civil Procedure Code.
- DMV checks for driving record status in other jurisdiction through the National Driving Registry prior to issuance of a California driver license. You will not be issued a California driver license if another jurisdiction has withdrawn your driving privilege.
- I understand that DMV will add convictions reported by other states' licensing authorities to my driving record which may result in sanctions against my California driving privilege pursuant to the applicable sections of the California Vehicle Code.
- California state law allows the State Board of Equalization and the Franchise Tax Board to share taxpayer information with DMV and requires you to pay a delinquent state tax obligation. Failure to pay this delinquent tax obligation may result in the suspension of your driver license.

## SOCIAL SECURITY NUMBER COLLECTION

Your social security number will be collected pursuant to 42 U.S.C. 405 and California Vehicle Code §1653.5, §4150, §4150.2, and §12800. It is used in the administration of driver license and motor vehicle registration laws and to respond to requests for information from an agency operating pursuant to 42 U.S.C. 601 et seq. The social security number is used to maintain a numerical identification system to determine eligibility for issuance and renewal of a driver license, identification card, and vehicle registration and title documents; to aid in the collection of monies owed in connection with failure to pay a fine or failure to appear in court by an applicant; and to aid in collection of monies owed by an applicant in connection with Aid to Families with Dependent Children, Child Support, and Establishment of Paternity and Federal Payments for Foster Care and Adoption Assistance programs.
**Collection of your social security number is mandatory. Failure to furnish the information requested will result in DENIAL of an application for issuance or renewal of a driver license or identification card. At this time, your social security number is not requested on vehicle registration or title documents.**

## VOTER REGISTRATION

"If the voter has not received voter registration information within 30 days of requesting it, they should contact the Local Elections Office or the Office of the Secretary of State."

## CHANGE OF ADDRESS

To change your **RESIDENCE** address for this transaction only, complete the address information below. To add or change your mailing address (when different from your residence address) or **to change other departmental records**, please contact your local DMV office to **obtain a Notice of Change of Address (DMV 14)** form. **Please Print in Capital Letters—Use Black or Blue Ink**

☐ **Driver license change of address only.**
(Will not change voter address or vehicle registration address.)

☐ **Change my voter address.**
(If you have moved to a new county you must re-register. Complete enclosed post card.)

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 0 |

ISD 83DL (REV. 12/2011)

OSP 14 134560