# EXHIBIT C

# California Voter Registration Application

Use blue or black ink. Print clearly. Fill out this form if you are a new voter, have moved or changed your name, or want to change your political party preference.

① I am a U.S. citizen. ☐ Yes ☐ No — If you answer "No" to either question, you CANNOT register to vote.
I will be 18 or older by the next election. ☐ Yes ☐ No — Do not complete this form.

② Your legal name: First name                    Middle name

③ Last name (may include suffix, such as Jr., Sr., III)

④ Optional ☐ Mr. ☐ Mrs. ☐ Ms. ☐ Miss

⑤ Home address – not a P.O. Box or business address – (Number, Street, Ave., Drive, etc. Include N, S, E, W)    Apt or unit #

⑥ City                State    Zip    California county
                      C A

⑦ If you do not have a street address, describe where you live including cross streets, Route, N, S, E, W

⑧ Mailing address – if different from above, or P.O. Box

⑨ City                State    Zip    Foreign country

⑩ Date of birth    ⑪ U.S. state or foreign country of birth

⑫ CA driver license or CA ID card #    If you do not have a CA driver license or CA ID card, list the last 4 numbers of your Social Security Number, if you have one.    SSN (Last 4 numbers)    Phone numbers are posted at polling places on election day

⑬ Email (optional)    ⑭ Phone number (optional)

⑮ Do you want to disclose a political party preference?
Yes, my political party preference is (check one):
☐ American Independent Party  ☐ Democratic Party  ☐ Green Party
☐ Libertarian Party  ☐ Peace and Freedom Party  ☐ Republican Party
☐ Other (specify): _____

☐ No, I do not want to disclose a political party preference.
(If you select no, you may not be able to vote for some parties' candidates at a primary election for U.S. President or party committee.)

⑯ I want to get my ballot by mail before each election.* Initial here: _____
*If initialed, you will get your ballot by mail before each election. If you want to vote in person, you must turn in your ballot or vote a provisional ballot.

⑰ If you were registered to vote before, fill out below:
First name                Middle initial    Last name

Previous address where you were registered        City

State    Zip    Previous county        Previous political party preference (if any)

⑱ Read and sign below.
I am a U.S. citizen and will be at least 18 years old on election day. I am not currently imprisoned or on parole for the conviction of a felony. I understand that it is a crime to intentionally provide incorrect information on this form. I declare under penalty of perjury under the laws of the State of California that the information on this form is true and correct.

Optional
A. ☐ I want to be a poll worker on election day.
   (If bilingual, indicate language: _____)
   ☐ I can provide a polling place on election day.
B. My ethnicity/race is: _____
C. My language preference for receiving election materials is:
☐ English  ☐ Spanish Español  ☐ Chinese 中文  ☐ Vietnamese Việt ngữ  ☐ Korean 한국어
☐ Tagalog  ☐ Japanese 日本語  ☐ Hindi हिंदी  ☐ Khmer  ☐ Thai ไทย

Voter Signature    Date Signed: Month Day Year

Did someone help you fill out or deliver this form?
If yes, the person who helped you must fill out and sign both parts of this green box.
Signature                        Month / Day / Year
Name, address, and tel.
Org. name and tel. (if any)

Signature                        Month / Day / Year
Name, address, and tel.
Org. name and tel. (if any)

Important! To vote in the next election, you must mail or deliver this card at least 15 days before the next election. New voters who register by mail may have to show their ID at the polling place the first time they vote.

(This part is the voter's receipt.)

As a registered voter, you may vote for any candidate for state or congressional office, regardless of the party preference or lack of party preference disclosed by you or the candidate.

Case 3:17-cv-02665-LB Document 1-3 Filed 05/09/17 Page 3 of 3





**OFFICIAL ELECTION MAIL** — Authorized by the U.S. Postal Service ®

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL  PERMIT NO. 85814  SACRAMENTO CA

POSTAGE WILL BE PAID BY ADDRESSEE

ALEX PADILLA
SECRETARY OF STATE
ELECTIONS DIVISION
PO BOX 4045
SACRAMENTO CA 95812-9925

## California Voter Registration Application

√ If you do not wish to register to vote, your decision will remain confidential and will be used only for voter registration purposes.
√ If you wish to register to vote, the office where you registered will remain confidential and will be used only for voter registration purposes.

**New address, but same county?**
If you missed the deadline to re-register, you may still be able to vote. Contact your county elections office.

**Want to vote by mail for the next election?**
Your county elections office must receive your written request at least **7 days** before the election.

**Safe at Home**
If sharing your address could put you in life-threatening danger, you may be eligible to register to vote confidentially. For more information, contact the **Safe at Home** program.
© Call: (877) 322-5227
🖥 Website: www.sos.ca.gov/registries/safe-home

The Secretary of State and *some* counties have information in other languages.
Go to: www.sos.ca.gov, or call:

| | |
|---|---|
| © Español: | (800) 232-VOTA (8682) |
| © 中文: | (800) 339-2857 |
| © Việt ngữ: | (800) 339-8163 |
| © 한국어: | (866) 575-1558 |
| © Tagalog: | (800) 339-2957 |
| © 日本語: | (800) 339-2865 |
| © हिंदी: | (888) 345-2692 |
| © ខ្មែរ: | (888) 345-4917 |
| © ไทย: | (855) 345-3933 |

**Questions, problems, or to report fraud:**
Contact the Secretary of State.
© Call: (800) 345-VOTE (8683)
✉ Email: elections@sos.ca.gov
🖥 Website: www.sos.ca.gov or **registertovote.ca.gov**
Or contact your county elections office.

DL-1995 MVHQ (Rev. 04/2016)

Tear here.
The bottom part is your receipt.
Keep it until you receive a Voter Notification Card in the mail.