MICHAEL A. JACOBS (State Bar No. 111664)
MJacobs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MOLLIE LEE (SBN 251404)
MLee@aclunc.org
LORI SHELLENBERGER (SBN 154696)
LShellenberger@mac.com
ACLU FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: 415.621.2493
Facsimile: 415.255.8437

Attorneys for Plaintiffs
*[Additional counsel on next page]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS OF CALIFORNIA, ET AL.**<br><br>Plaintiffs,<br><br>v.<br><br>**BRIAN C. ANNIS, SECRETARY OF THE CALIFORNIA TRANSPORTATION AGENCY, ET AL.,**<br><br>Defendants. | Case No. 3:17-cv-02665 LB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT AGREEMENT** |

STUART NAIFEH (SBN 233295)
SNaifeh@demos.org
ALLISON BOLDT (pro hac vice granted)
ABoldt@demos.org
DEMOS
80 Broad Street, 4th Floor
New York, NY 10004
Telephone: 212.485.6055
Facsimile: 212.633.2015

SARAH BRANNON (*pro hac vice*)
sbrannon@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW
Washington, DC 20005
Telephone: 202.675.2337

1    Plaintiffs League of Women Voters of California, ACCE Institute, National Council of La
2    Raza (now renamed Unidos US), and California Common Cause (collectively, "Plaintiffs"), and
3    defendants Brian C. Annis,[1] in his official capacity as Secretary of the California State
4    Transportation Agency, Jean Shiomoto in her official capacity as the director of the California
5    Department of Motor Vehicles ("DMV"), and Alex Padilla, in his official capacity as the
6    California Secretary of State (collectively, "Defendants," and together with Plaintiffs, the
7    "Parties"), through their counsel, hereby stipulate as follows:

8    WHEREAS, on January 11, 2018, the Parties entered into a Settlement Agreement, attached
9    hereto as Exhibit A, fully and finally resolving this action brought to enforce the National Voter
10   Registration Act of 1993 ("NVRA"), 52 U.S.C. § 20501, et seq.;

11   WHEREAS, the Settlement Agreement required the Parties to jointly request that the Court
12   retain jurisdiction to enforce the terms of the Settlement Agreement for the duration of the
13   agreement as set forth therein in Section VII, but otherwise dismiss the action with prejudice;

14   WHEREAS, on January 19, 2018, the Court dismissed this action with prejudice, and
15   retained jurisdiction to enforce the terms of the parties' Settlement Agreement, for the duration of
16   the agreement as set forth therein in Section VII;

17   WHEREAS, Section VII of the Settlement Agreement provided that the Settlement
18   Agreement shall remain in effect for 8 months after full implementation of the revisions to the
19   renewal by mail procedure described in Section II of the Settlement Agreement;

20   WHEREAS, Section II of the Settlement Agreement provided that the revisions described
21   therein would be implemented not later than April 30, 2018, and the Parties are in agreement that
22   those revisions were implemented not later than April 30, 2018, and that the 8 month period
23   described in Section VII of the Settlement Agreement began on April 30, 2018;

24   WHEREAS, Section II of the Settlement Agreement provides, with respect to revisions to
25   the renewal by mail procedure, that DMV and the Secretary of State shall "[e]nsure that voter
26   registration information is transmitted, pursuant to 52 U.S.C. § 20504(e), to the Secretary of State

---

[1] Secretary Brian C. Annis succeeds former Secretary Brian P. Kelly. Fed. R. Civ. P. 25(d) (an "officer's successor is automatically substituted as a party").

1

1  not later than 10 days after the date it is received by DMV," with respect to "forms that comply
2  with DMV's system requirements for processing";
3      WHEREAS, 52 U.S.C. § 20504(e)(2) also requires that registration applications accepted
4  by DMV "within 5 days before the last day for registration to vote in an election . . . shall be
5  transmitted" to the Secretary of State "not later than 5 days after the date of acceptance";
6      WHEREAS, on December 12, 2018, Plaintiffs notified Defendants in writing of their belief
7  that Defendants had breached the Settlement Agreement, *see* Exhibit B;
8      WHEREAS, in a December 14, 2018 letter, Defendant Director of California Department
9  of Motor Vehicles Jean Shiomoto stated that the Department of Motor Vehicles failed to transmit
10 to the Secretary of State certain voter registration records received by DMV via postal mail and
11 that DMV's delayed transmission of these records to the Secretary of State affected the timeliness
12 of the registration for the November 2018 general election of 589 persons with new registrations
13 or registrations with inter-county changes of address, *see* Exhibit C, and also affected the timely
14 processing of other voter registration updates;
15     WHEREAS, the delay in transmission of records included the voter registration information
16 captured on mail renewal forms that the DMV did not transmit to the Secretary of State within ten
17 days of receipt;
18     WHEREAS, the delayed transmission of voter registration records received via postal mail
19 is reflected in the monthly NVRA report posted on the Secretary of State's website (showing zero
20 new paper registrations or paper re-registrations for November 2018);
21     WHEREAS, because of the number and distribution by county of the 589 registrations, the
22 Secretary of State has determined that it is not possible that any of the election contests certified
23 by the Secretary of State on December 14, 2018 would have had a different winner, as a result of
24 the delayed transmission;
25     WHEREAS, the Secretary of State is continuing to analyze the delayed records and whether
26 any other election contests in the State could have had a different outcome, as a result of the
27 delayed transmission;
28

1    WHEREAS, the Secretary of State will inform Plaintiffs whether any election outcomes
2 could have had a different outcome, as a result of the delayed transmission, and will also inform
3 Plaintiffs of any changes to the number of persons who should have been timely registered to vote
4 in the November 2018 general election;

5    WHEREAS, Defendants are committed to ensuring that every eligible person that cast a
6 ballot has their ballot counted;

7    WHEREAS, to this end, the Secretary of State has notified county elections officials of this
8 issue and provided guidance as to how to process the delayed voter registration records, and is in
9 the process of developing and providing to counties guidance on: identification of whether any of
10 the affected persons cast or attempted to cast a provisional ballot; identification of whether any
11 such provisional ballots were rejected, and if rejected, the reason for rejection; and for any
12 instances in which provisionally cast ballots were rejected, but would have been counted if not for
13 the delayed transmission of voter registration records, recommended steps to count the affected
14 ballots and, if appropriate, recertify results;

15    WHEREAS, Defendants will make reasonable, good faith efforts to contact persons whose
16 registrations were affected by the failure to timely transmit voter registration records, and will
17 provide them with information regarding their current registration status and steps that can be
18 taken to resolve any outstanding issues.

19    WHEREAS, voters to be contacted will include, at a minimum, the 589 persons identified
20 as having new registrations or registrations with inter-county changes of address, whose
21 registrations or registration updates should have been processed in time for the November 6, 2018
22 general election;

23    WHEREAS, Defendants will consult with plaintiffs regarding other voters who should be
24 contacted, taking into consideration operational constraints and the need to avoid unnecessary
25 voter confusion.  Voters to be contacted could include voters who changed to vote-by-mail status
26 in time to receive a mail ballot for the November 6, 2018 election, but who did not receive one
27 because of the failure to transmit voter registration records;
28

1    WHEREAS, Defendants are committed to working with Plaintiffs in the context of the
2 Settlement Agreement to prevent delayed transmissions of voter registration records in the future,
3 including collaboration on procedures to accomplish this;
4    WHEREAS, Defendants acknowledge the importance of ensuring that delayed
5 transmissions do not affect the ability of timely registered voters to vote in future elections,
6 including in the November 2020 general election;
7    WHEREAS, Plaintiffs believe that further steps by Defendants may be necessary to cure
8 the violation described in the December 12, 2018 Notice of Violation letter, *see* Exhibit B; and by
9 this stipulation do not waive any rights to act on that notice or to seek enforcement of the
10 Settlement Agreement or the NVRA by any other means;
11    WHEREAS, the Parties continue to discuss further steps to address the delayed processing
12 of voter registration records described above, and may return to Court to seek approval of an
13 amended settlement agreement, stipulation and proposed order, or other agreement regarding
14 these issues.
15    NOW THEREFORE, in consideration of the foregoing, the parties further stipulate and
16 agree that:
17    The Settlement Agreement shall remain in effect and this Court shall retain jurisdiction to
18 enforce the Settlement Agreement in accordance with its terms through December 31, 2020.
19    **IT IS SO STIPULATED.**

Dated:  December 27, 2018

XAVIER BECERRA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General

By  */s/ Paul Stein*
PAUL STEIN
Supervising Deputy Attorney General

*Attorneys for Defendants Brian C. Annis, Secretary of the California Transportation Agency, et al.*

Dated: December 27, 2018

MORRISON & FOERSTER LLP

By */s/ Michael A. Jacobs*
MICHAEL A. JACOBS

*Attorneys for Plaintiffs League of Women Voters of California, ACCE Institute, California Common Cause, and Unidos US*

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby retains jurisdiction to enforce the terms of the parties' Settlement Agreement, through December 31, 2020.

Dated: December __, 2018

Honorable Laurel Beeler
United States Magistrate Judge

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Paul Stein has concurred in this filing.

Dated:  December 27, 2018

*/s/  Michael A. Jacobs*
Michael A. Jacobs