# EXHIBIT B

**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

December 12, 2018

Writer's Direct Contact
+1 (415) 268.7455
MJacobs@mofo.com

*Via First Class and Electronic Mail*

Honorable Alex Padilla
California Secretary of State
1500 11th Street
Sacramento, CA 95814

Honorable Brian C. Annis
Secretary of California State Transportation Agency
915 Capitol Mall, Suite 350B
Sacramento, CA 95814

Re:   Notice of Violation of Terms of Settlement in *League of Women Voters of California, et al v. Kelly*, et al (Case No. 3:17-cv-02665-LB)

Dear Secretaries Padilla and Annis,

We write on behalf of our clients the League of Women Voters of California, ACCE Institute, California Common Cause, and UnidosUS to notify you of a violation of the terms of the Settlement Agreement, dated January 10, 2018, in *League of Women Voters of California, et al v. Kelly*, *et al.* (Case No. 3:17-cv-02665-LB). We learned last week that the Department of Motor Vehicles ("DMV") had ceased transmitting voter records to the Secretary of State ("SoS") in early November and did not resume transmission until the beginning of December, well beyond the ten-day transmittal deadline outlined in Section II.C. of the Settlement Agreement, and potentially in violation of the five-day transmittal deadline prescribed by the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20504(e).[1] Some of the voter records that were held during this period had been submitted by voters prior to the voter registration deadline for the November 6, 2018, general election. We therefore request that you take immediate steps, as outlined below, to cure these

---

[1] Our clients were aware that DMV had suspended transmission of voter registration applications for a period of time in October in order to establish an internal auditing process to address system errors that resulted in the co-mingling of customer voter registration data. We were assured those errors had been addressed and that daily transmissions had resumed to ensure that registrations would be timely processed for the November 6, 2018, election. Neither DMV nor the SoS alerted our clients or any other stakeholders to a further suspension of the transmission of voter registration records.

sf-3971429

MORRISON | FOERSTER

December 12, 2018
Page Two

violations before the certification of the November 6, 2018, general election to prevent the disenfranchisement of voters whose timely registration applications were held by DMV. In addition, we are requesting your consent to a one-year extension of the district court's jurisdiction over the settlement agreement to ensure that long-term remedies to the violations can be discussed, implemented, and monitored to prevent future violations of the agreement and the NVRA.

According to an email sent by the SoS to county elections officials in the late afternoon of December 4, 2018, DMV had suspended transmission of registration applications at the beginning of November and notified the SoS on Friday, November 30, 2018, that they would resume transmission of registration applications held for the past month. According to the SoS's email to counties, DMV had completed transmission of a batch of registrations to the SoS on December 3, 2018. The SoS explained in its December 4th email to elections officials that they would begin sending the registrations to the counties, and that counties might receive registration records with an effective date prior to the close of registration for the November 6th election, and to process those as they would a registration postmarked by the registration deadline but not received until December 4, 2018.

Our immediate concern is that the delay in transmitting registrations may have caused valid votes not to be counted. As you know, the California Constitution requires every vote to be counted: "A voter who casts a vote in an election in accordance with the laws of this State shall have that vote counted." Cal. Const., art. II, § 2.5. Yet voters who submitted a voter registration application through a DMV transaction prior to the deadline for the November 6th election may have been forced to cast provisional ballots that were ultimately rejected because their registration record was not processed prior to the end of the canvass and certification of the election in their county. On December 11, 2018, we learned from the SoS that a majority of counties had already certified their elections prior to receipt of the registration records. The remaining counties were required to certify by December 7, 2018. It is unclear if the remaining counties had time to process the registrations and ensure that anyone who cast a provisional ballot had their vote counted in the very short time period between the SoS's email and the certification deadline. Thus, the SoS's instruction, issued via email at the end of a business day three days prior to the county election certification deadline, to process the timely registrations as counties normally do when a registration arrives after the election was quite possibly ineffective at ensuring every vote was counted given the volume of records that were transmitted to counties.

sf-3971429

MORRISON | FOERSTER

December 12, 2018
Page Three

We are also concerned that the transmission delay may have created barriers that prevented some eligible voters from voting at all. The failure to timely process registrations likely resulted in voters who never received notification that their registration was processed or the location of their polling site, voters who never received a sample ballot or voter guide, voters who requested a mail ballot and did not receive it, and voters who live in a vote center county and did not receive a mail ballot or information on how to cast a ballot at a vote center on Election Day. Because these voters were unregistered, they also would not have received outreach from campaigns and civic engagement groups that often motivates people to vote.

We are therefore requesting that the DMV and the SoS take the following, immediate steps:

- Alert the public to the transmission failure and the steps your agencies are taking to protect voters and prevent future problems; provide voters who may have been impacted with a hotline to report problems; and, for voters who cast a provisional ballot, provide information on how to check if their provisional ballot was counted.

- The SoS must determine how many of these voters submitted voter registration applications before the voter registration deadline for the November 6 election, and thus were impacted by the DMV transmission failure; how many of those voters attempted to vote; whether their votes were counted, and if possible, how many of these affected voters requested a mail ballot. If this cannot be completed before the close of business on Wednesday, December 12, 2018, we will request that the district court order an extension of time for the SoS to certify the November 6, 2018 election so that he can determine the number of people whose votes were wrongly rejected due to the DMV's transmission failure, assess whether this could have impacted the outcome of any election, and have time to consider other potential remedies as might be needed.

In addition, we are concerned about DMV's transmittal processes and its lack of transparency that resulted in the failure to transmit voter registration records by the transmittal deadlines outlined in the Settlement Agreement and required by the NVRA. Because the Settlement Agreement is due to expire at the end of this month, we are requesting that you consent to a one-year extension of the court's jurisdiction over the Settlement Agreement in order to ensure enough time to work out new training and transmittal protocols that will prevent future NVRA violations and disenfranchisement of voters.

sf-3971429

**MORRISON | FOERSTER**

December 12, 2018
Page Four

We appreciate the effort and collaboration that has gone into the development of the New Motor Voter program and the incorporation of voter registration into DMV's mail renewal and change of address processes. We hope that we can continue to collaborate to resolve the violations of the Settlement Agreement and improve the program and its outcomes moving forward, and we look forward to speaking about this with you as soon as possible.

Sincerely,

Michael A. Jacobs

Mollie Lee
ACLU of Northern California

Sarah Brannon
ACLU Voting Rights Project

Stuart Naifeh
Demos

cc:   The Honorable Edmund G. Brown, Jr.
      Governor of California
      State Capitol Building
      Sacramento, CA 95814

      Jean Shiomoto
      Director, Department of Motor Vehicles
      2415 First Avenue, MS F101
      Sacramento, CA 95818-2606

sf-3971429