# EXHIBIT C

CALIFORNIA STATE TRANSPORTATION AGENCY                                                                EDMUND G. BROWN JR., *Governor*

**OFFICE OF THE DIRECTOR**
**DEPARTMENT OF MOTOR VEHICLES**
P.O. BOX 932328
SACRAMENTO, CA 94232-3280



December 14, 2018

Honorable Alex Padilla
Secretary of State
1500 11th Street
Sacramento, CA 95814

Dear Secretary of State Padilla:

This letter provides additional information on Motor Voter records transmitted by the Department of Motor Vehicles (DMV) to the Secretary of State's Office on November 30th, 2018. Included in this transmission were records received via postal mail by the DMV after the voter registration cut-off date of October 22, 2018, but either had a postmark, or absent a legible postmark, were signed by DMV customers prior to the close of registration. This could be due to delayed mailing by the customer or delayed delivery by the post office.

I understand your office has analyzed these records and found that 329 records were for individuals who had not previously registered to vote and were attempting to be added to the voter rolls. Another 260 records were from individuals who had attempted to change their address on file with the Secretary of State to reflect a change in residence to a different California county.

The DMV had continued processing records received after the registration cut-off date, but did not transmit any records received via postal mail between October 30th and November 30th. The DMV recognizes the pause in transmittals was an error and affected the timing of the registration of the 589 individuals referenced above relative to the November election. The pause was due to a misunderstanding on the part of the department, for which we take responsibility.

While we understand that based on the small number and distribution by county of these registrations, no election results certified by the Secretary of State were affected, I want to assure you that the department takes this very seriously and will work with your office to identify any individual out of the 589 records who may have attempted to vote but whose vote may have been rejected and to have that person's vote counted.

JEAN SHIOMOTO
Director

California Relay Telephone Service for the deaf or hearing impaired from TDD Phones: 1-800-735-2929; from Voice Phones: 1-800-735-2922

EXEC 601 (REV. 7/2013) DMVWeb          *A Public Service Agency*