MICHAEL A. JACOBS (SBN 111664)
MJacobs@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

MOLLIE LEE (SBN 251404)
MLee@aclunc.org
LORI SHELLENBERGER (SBN 154696)
LShellenberger@mac.com
ACLU FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: 415.621.2493
Facsimile: 415.255.8437

Attorneys for Plaintiffs
*[Additional counsel on next page]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF CALIFORNIA, ACCE INSTITUTE, CALIFORNIA COMMON CAUSE, and NATIONAL COUNCIL OF LA RAZA,<br><br>                    Plaintiffs,<br><br>          v.<br><br>DAVID S. KIM, SECRETARY OF THE CALIFORNIA TRANSPORTATION AGENCY, et al.,<br><br>                    Defendants. | Case No. 3:17-cv-02665-LB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

STUART NAIFEH (SBN 233295)
SNaifeh@demos.org
DEMOS
80 Broad Street, 4th Floor
New York, NY 10004
Telephone: 212.485.6055
Facsimile: 212.633.2015

SARAH BRANNON (*pro hac vice granted*)
sbrannon@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street, NW
Washington, DC 20005
Telephone: 202.675.2337

Plaintiffs League of Women Voters of California, ACCE Institute, National Council of La Raza (now renamed UnidosUS), and California Common Cause (collectively, "Plaintiffs"), and defendants David S. Kim, in his official capacity as Secretary of the California State Transportation Agency,[1] Kathleen Webb, in her official capacity as the acting director of the California Department of Motor Vehicles ("DMV"), and Alex Padilla, in his official capacity as the California Secretary of State (collectively, "Defendants," and together with Plaintiffs, the "Parties"), through their counsel, hereby stipulate as follows:

WHEREAS, the Court entered a Stipulated Order Regarding Enforcement of the Settlement Agreement (the "Order") on February 5, 2019;

WHEREAS, Defendants have provided Plaintiffs with the biweekly updates and 30-day report required by Paragraphs 1 and 2 of the Order;

WHEREAS, Defendants have provided Plaintiffs with the 60-day report required by Paragraph 2 of the Order, see Exhibit A;

WHEREAS, although Defendants initially determined that delays resulting from the Quality Assurance process (as defined in Paragraph 1 of the Order) did not prevent any voters from being timely registered for the November 6, 2018 election, Defendants have since determined that a small number of records accepted on or before October 22, 2018, but transmitted to SoS in early January 2019, were delayed as a result of the Quality Assurance process;

WHEREAS, Defendants have been engaged in comprehensive investigations but are not able to identify the precise number of records impacted by delays resulting from the Quality Assurance process; still need to provide assurances to Plaintiffs that there are no provisional ballots requiring counting under Paragraph 3 of the Order; and anticipate providing the notice required by Paragraph 4 of the Order in the near future;

---

[1] Secretary David S. Kim succeeds former Secretary Brian C. Annis.  Fed. R. Civ. P. 25(d) (an "officer's successor is automatically substituted as a party").

1  WHEREAS, during the investigation required by Paragraph 2 of the Order, Defendants identified additional instances in which records (1) have been transmitted from DMV to the Secretary of State beyond the timeframes required by the National Voter Registration Act ("NVRA"); (2) have been transmitted in circumstances under which compliance with NVRA timeliness requirements is not easily ascertainable or the Parties disagree about compliance with NVRA timeliness requirements; or (3) have not been transmitted at all due to processing errors which resulted in an inability to confirm that a voter has attested to his or her eligibility to register to vote;

WHEREAS, Defendants continue to investigate and seek to resolve all issues leading to delays, as described more fully in Exhibits A and B (FINDINGS PURSUANT TO PARAGRAPH 11 OF STIPULATED ORDER, available at https://elections.cdn.sos.ca.gov/nvra/reports/dmv-60day-public-report.pdf, posted April 30, 2019);

WHEREAS, Defendants have begun to implement corrective measures or changes to the Quality Assurance process, as required by Paragraph 5 of the Order;

WHEREAS, DMV and the Secretary of State have appointed NVRA coordinators as required by Paragraph 6 of the Order;

WHEREAS, Defendants have provided notice of errors and delays as required by Paragraph 8 of the Order;

WHEREAS, DMV has provided Plaintiffs with a Training Plan and draft training materials, and the Secretary of State has conducted training, as required by Paragraph 9 of the Order;

WHEREAS, the Secretary of State has conducted a review of DMV and the Secretary of State's compliance with the NVRA as it relates to DMV's transmittal of voter registration information to the Secretary of State, see Exhibit B, and published the results of the review on the Secretary of State's website, as required by Paragraph 11 of the Order;

WHEREAS, Paragraph 13 of the Order requires the Parties to work in good faith to reach a proposed stipulated order that "(1) provides the number and detailed description of the records affected by the delays resulting from the Quality Assurance process, (2) describes the steps Defendants have taken and will take to address those delays, including steps to ensure that any provisional ballots cast by voters whose registrations would have been timely but for the delays resulting from the Quality Assurance process are counted, and (3) effectuates Plaintiffs' waiver and release of all claims relating to those delays . . .";

WHEREAS, the Parties have worked in good faith to reach the agreement described in Paragraph 13;

WHEREAS, Defendants are not able to provide the precise number of records affected by delays resulting from the Quality Assurance process, and have not yet provided the notice contemplated in Paragraph 4 of the Order;

WHEREAS, Plaintiffs are not willing to execute the release and waiver at this time described in Paragraphs 12 and 13 of the Order without more specificity about the precise number of records affected by delays resulting from the Quality Assurance process and assurance that Defendants have complied with the notice and counting required by Paragraphs 3 and 4 for all records affected by delays resulting from Quality Assurance;

WHEREAS, the Parties agree that Defendants have made significant progress in investigating and resolving various causes of delay, and that more work remains to be done;

WHEREAS, the Parties believe that further meetings between the Parties would be productive;

NOW THEREFORE, in consideration of the foregoing, the Parties further stipulate and agree that:

### [PROPOSED] STIPULATED ORDER

1. Defendants shall continue to comply with all the terms of the stipulation and order entered by the Court on February 5, 2019 (the "Order");

2. The Parties shall meet monthly to discuss the reports required by Paragraph 7 of

the Order, for the monthly reports due from May 2019 through October 2019. The Parties shall then meet and confer about whether further meetings would be useful and will provide an update to the Court no later than November 30, 2019.

3. These meetings shall include representatives from the DMV and the Secretary of State, as well as counsel for the Parties. These meetings may be in person or by phone, and they may be cancelled by agreement of the Parties.

**IT IS SO STIPULATED.**

Dated: May 8, 2019

XAVIER BECERRA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General

By /s/ P. Patty Li
P. PATTY LI
Deputy Attorney General
*Attorneys for Defendants David S. Kim, Secretary of the California Transportation Agency, et al.*

Dated: May 8, 2019

MORRISON & FOERSTER LLP

By /s/ Michael A. Jacobs
MICHAEL A. JACOBS
*Attorneys for Plaintiffs League of Women Voters of California, ACCE Institute, California Common Cause, and Unidos US*

**IT IS SO ORDERED.**

Dated _____.

_____
Hon. Laurel Beeler
UNITED STATES MAGISTRATE JUDGE

4

**ATTESTATION OF E-FILED SIGNATURE**

I, Michael A. Jacobs, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that P. Patty Li has concurred in this filing.

Dated:   May 8, 2019                                                  */s/  Michael A. Jacobs*
                                                                                   Michael A. Jacobs