# EXHIBIT A

*XAVIER BECERRA*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 510-4400
Telephone: (415) 510-3817
Facsimile: (415) 703-1234
E-Mail: Patty.Li@doj.ca.gov

**FINDINGS PURSUANT TO STIPULATED ORDER**

April 8, 2019

VIA E-MAIL ONLY
Michael A. Jacobs
Morrison & Foerster LLP
425 Market St.
San Francisco, CA 94105
MJacobs@mofo.com

[additional plaintiffs' counsel copied by e-mail]

RE:    *League of Women Voters of California et al. v. Annis et al.,* (N.D. Cal., 3:17-cv-02665)

Dear Counsel:

On behalf of Secretary of California State Transportation Agency Brian C. Annis, Acting Director of the California Department of Motor Vehicles ("DMV") Kathleen Webb, and California Secretary of State Alex Padilla, I write to provide information in accordance with Paragraphs 2 and 5 of the Stipulated Order entered by the Court in this matter on February 5, 2019 ("Stipulated Order"). We look forward to discussing these topics with you in more detail during our meeting in several weeks.

**Paragraph 2**

*No later than 60 days from the date of this Order, Defendants shall provide a non-confidential written report to Plaintiffs that includes:*

*For each DMV transmission of voter registration information to the Secretary of State since October 22, 2018, the number of voter registration applications and updates included in that transmission, broken down by:*

- *the means by which the voter registration applications and updates were submitted to DMV, including whether submitted through the renewal-by-mail procedure;*

- *the date of the voter registration application or update;*

- *the date the DMV transmitted the voter registration application or update to the Secretary of State and, if available, the date the Secretary of State transmitted the voter registration application to counties; and*

- *a detailed explanation of the full set of problems causing the delays and Defendants' proposal to address these problems.*

For data on each DMV transmission of voter registration information to the Secretary of State's Office ("SoS") since October 22, 2018, see the chart attached as Exhibit A. In accordance with Paragraph 7 of the Stipulated Order, an updated version of this chart will be provided every month going forward, during the term of the Settlement Agreement.

Below are descriptions of the causes of various delays in the transmission of voter registration records. Note that by describing a delay below, DMV and SoS do not necessarily believe that the associated records were required to be transmitted to SoS under the NVRA, or that those records were not timely delivered in accordance with the NVRA.

Delays Resulting from the Quality Assurance Process

As part of the New Motor Voter program implemented in April 2018, and in accordance with the National Voter Registration Act of 1993 ("NVRA"), DMV electronically transmits to SoS voter registration applications and change-of-address information it receives through customer transactions.[1] SoS uses this information to create or update voter registration records in VoteCal, which is the statewide electronic voter registration system and the official voter registration database for the State. County elections officials access VoteCal records through their election management system.

On October 12, 2018, DMV implemented a Quality Assurance process, directed at the voter registration records to be transmitted to SoS. Under this process, the DMV Audits Branch reviews, by date and source, a representative sample of DMV voter registration records, to monitor that the system only delivers to SoS records of those persons who have attested to their eligibility to vote. After the representative sample of records has been found to satisfy the Quality Assurance process requirements, the entire set of records for that date and source are cleared for transmission to SoS.

A review of DMV and SoS communications shows that by October 30, 2018, DMV transmitted to SoS records that were (1) accepted by DMV as of October 22, 2018 (the registration deadline for the November 6, 2018 general election) or earlier, and (2) certified as having been reviewed in accordance with the Quality Assurance process. Those records were immediately sent to county elections officials through VoteCal on October 30, 2018. Thus, DMV does not believe that the Quality Assurance process caused timely submitted voter registration information to reach county elections officials after the November 6, 2018 election.

---

[1] This includes information regarding customers who attest to their eligibility to register to vote, but decline to register to vote.

**FINDINGS PURSUANT TO STIPULATED ORDER**
April 8, 2019
Page 3

However, as we have previously discussed with you, the Quality Assurance process did result in transmission delays beyond the deadlines provided in the NVRA for some records that were either submitted by mail or submitted as part of transactions completed in a field office. These delays started with the rollout of the Quality Assurance process and continued until early January 2019. These delays were due in part to the fact that, as originally implemented, the Quality Assurance process mandates that further review of one record in a batch (e.g., a batch of records from transactions completed in a field office on a particular day) prevents the release of all records in that batch.

As you are also aware, communication lapses resulted in no records being transmitted for several weeks, from November 8, 2018 to November 30, 2018. When transmissions restarted on November 30, 2018, not all of the backlogged records were transmitted at once, and it took several weeks (until mid-January 2019) for transmissions to come back into compliance with NVRA requirements.

<u>Delays Resulting from HAVA/COVR</u>

HAVA/COVR refers to electronic validation rules that DMV's system currently runs on all voter registration records.[2] Voter registration records associated with DMV transactions generally pass through the HAVA/COVR check before proceeding to the Quality Assurance process, although records that have not yet cleared HAVA/COVR but that are designated for review under the Quality Assurance process would undergo that review while still pending in HAVA/COVR. All records must clear the HAVA/COVR check before they are eligible for transmission to SoS.

As we have previously discussed, the HAVA/COVR process does not currently contain any automated reporting capabilities to alert DMV or SoS when records fail to clear and remain pending in the HAVA/COVR process. Records may remain pending for a variety of reasons, including the lack of a valid driver's license or identification card associated with a record. In that example, once a customer's driver's license or identification card does become validly issued (upon completion of a medical exam, for instance), the voter registration record would clear the HAVA/COVR check and become available for transmission to SoS.

As reflected in the chart of transmissions attached as Exhibit A, a very small percentage of records accepted by DMV on or by the October 22, 2018 voter registration deadline for the November 6, 2018 general election did not immediately clear the HAVA/COVR check, and thus did not ultimately reach county elections officials until after the November 6, 2018 election.

---

[2] The HAVA/COVR rules were originally put in place years before New Motor Voter, to (1) allow SoS to obtain information from DMV if needed to verify the accuracy of information provided on an incomplete voter registration application (in accordance with the Help America Vote Act ((HAVA), 52 U.S.C. § 21083(a)(5)(b)), and (2) as part of the validation process for transferring an electronic copy of a voter registration applicant's signature (as maintained in DMV's files), when using the California Online Voter Registration system (COVR, Cal. Elec. § 2196 (a)(5), (c)).

FINDINGS PURSUANT TO STIPULATED ORDER
April 8, 2019
Page 4

Since the election, a small number of such records continue to remain pending in HAVA/COVR for various reasons instead of immediately being cleared. These delays in transmitting records that fail to immediately clear the HAVA/COVR check are not delays resulting from the Quality Assurance process. And because records may remain pending in HAVA/COVR for a variety of reasons, including a failure to confirm identity, it is not clear that *all* records pending in the HAVA/COVR process are validly accepted voter registration records that should be transmitted to SoS in accordance with the NVRA.

Paper Records Lacking Electronic Counterparts

Part of the Quality Assurance process involves the comparison of voter registration information entered on paper driver's license or identification card applications (called DL 44s) with the corresponding electronic version of the information from those applications, as keyed in by DMV technicians in field offices. It is the electronic version that is ultimately transmitted to SoS. As we have previously discussed, DMV has identified a small number of paper records lacking a matching electronic version, and that have been delayed for that reason. This was due to a programming issue that prevented a small number of electronic voter registration records generated in DMV field offices from being uploaded to DMV's electronic voter registration information system, beginning on September 26, 2018. In order to identify all of the affected records, DMV staff need to manually review approximately 13,000 records. They have reviewed about 12,500 records so far, resulting in 405 affected records. These records include records for customers who attested to their eligibility to vote, even if they declined to register to vote.

Because the electronic version of these records was never uploaded, the only format in which these records exist are as images of the paper summary sheet (listing the information transcribed by the field office technician) and the paper DL 44 form. Records in this format cannot be processed by SoS in VoteCal. Given these technical difficulties, SoS is continuing to evaluate how to get these affected individuals registered to vote.

Electronic Records Lacking Paper Counterparts

DMV has identified 577 records associated with paper DL 44 forms completed in a field office, for which DMV has the electronic version of the voter registration information as it was keyed in by the field office technician, but no paper record with which to compare the electronic version, as required under the Quality Assurance process.[3] This is because neither the paper summary sheet (listing the information transcribed by the field office technician and signed by the voter), nor the paper DL 44 form (also signed by the voter) has been routed to DMV headquarters or imaged, for use during the Quality Assurance process. This is likely due to human error in the handling of paper forms. Because the Audits Branch is unable to verify that the electronic version of the voter registration information matches the information entered on

---

[3] We previously informed you that there were 658 such records, but we have determined that some of these records are for AB 60 licensees, are pending in HAVA/COVR, are for persons too young to register to vote, or are for an application that was voided because the transaction was not processed.

**FINDINGS PURSUANT TO STIPULATED ORDER**
April 8, 2019
Page 5

the paper application, and because DMV cannot locate a copy of the customer's signature attesting to his or her eligibility to vote, these records do not meet the Quality Assurance process requirements for transmittal to SoS. These records therefore have not resulted in new or updated voter registrations.

<u>Ongoing Efforts</u>

DMV and SoS continue to review every aspect of their New Motor Voter operations to identify areas for improvement. For example, DMV has deployed in-house enterprise risk management teams to assess and improve the paper handling processes in a variety of areas. DMV receives approximately 1,000,000 items of mail per month, a small portion of which consists of paper records relating to voter registration. DMV may find additional efficiencies to further speed the processing of records and account for anticipated future workload increases associated with implementation of the federal REAL ID Act.

DMV and SoS are also evaluating the user experience with online forms, and plan to review the user experience with paper forms as well. County elections officials have provided feedback from their constituents, and this valuable information will be considered when revising the functionality of the online and electronic forms. The goal is to identify any aspects that create customer confusion, and to consider, in a collaborative fashion, any needed improvements.

<u>Proposed Changes</u>

For a description of the changes that DMV and SoS are undertaking with respect to the issues described above, please see the information provided in the next section.

## Paragraph 5

*Within 60 days of the date of this Order, the Secretary of State and DMV will determine the precise causes of the delayed transmission of records from DMV to the Secretary of State, and identify corrective measures or changes to the existing Quality Assurance process that should be made to ensure the timeliness of the transmissions of records from DMV to the Secretary of State. These corrective measures or changes will be formalized in written protocols. These measures will include a process for requiring, on a weekly basis, for the duration of the term of the Settlement Agreement, a check of whether any voter registration data has been transferred by the DMV to the Secretary of State. These measures shall also include a protocol for responding to any errors or issues that may be identified.*

For a description of the precise causes of the delayed transmission of records from DMV to SoS, please see the information provided in accordance with Paragraph 2, above.

Below are descriptions of corrective measures and changes already adopted by DMV and SoS, as well as changes that are under consideration or that will be implemented in the future. In addition to the changes described below, DMV is instituting a Governance Council that will oversee DMV's New Motor Voter operations. The Governance Council consists of leadership from divisions whose employees process New Motor Voter work: Field Office Division,

FINDINGS PURSUANT TO STIPULATED ORDER
April 8, 2019
Page 6

Licensing Operations Division, Registration Operations Division, and Enterprise Risk Management Division.  (The Quality Assurance process resides in Enterprise Risk Management, as does the NVRA Coordinator.)  Finally, the results of an outside audit of the New Motor Voter program will be released within the next several weeks, and those results may prompt further changes to the handling of voter registration information from DMV customer transactions.

Quality Assurance Process

DMV

Since December 2018, DMV has revised the Quality Assurance process to require that voter registration records be reviewed and delivered to SoS within 10 days of acceptance by DMV.  On a daily basis, DMV emails SoS with a notification of the records, by stream and process date, that are available to be retrieved.  DMV no longer waits for approval to transmit.  Also on a daily basis, DMV staff monitor daily the streams of records coming out of the Quality Assurance process and confers with Quality Assurance staff regarding any delays or challenges in completing the work.  Field office staff also participate in the Quality Assurance process as they receive paper confirmations and applications for Quality Assurance usage.  Field office division management coordinates this work daily with Quality Assurance staff.  In addition, the NVRA Coordinator meets daily with staff who monitor Quality Assurance and record delivery.  Any issues related to proper delivery of records are to be discussed in that meeting, and elevated to the highest levels of management when identified.

DMV will also implement further changes to the Quality Assurance process, with the goal of improving efficiency and accuracy while timely delivering voter registration records in accordance with the NVRA.  The existing process requires three divisions to undertake 84 separate steps in reviewing approximately 1,000 records per day.  The records reviewed are all records that have come through HAVA/COVR within a day or two of DMV's acceptance of the application.  Going forward, DMV will review paper applications, eDL44s and remittance streams (renewal-by-mail and paper change of address forms) daily, in 25 steps.  For internet transactions, which have had virtually no errors, DMV will conduct weekly, monthly, or quarterly spot checks.  These revisions will retain the functionality of the current Quality Assurance process, while eliminating redundancies and further reducing the time between acceptance of an application and delivery to SoS.  In addition, DMV will develop a more efficient feedback process to understand, report, and correct operational issues or errors discovered through the Quality Assurance process.

Secretary of State's Office

Each Monday, Wednesday, and Friday, SoS retrieves the voter registration information from DMV's voter registration electronic data system.  SoS then analyzes the data and removes duplicate records and records for which VoteCal has a more recent registration effective date.  The remaining records are then processed into VoteCal for normal list maintenance activities and release to county elections officials.

FINDINGS PURSUANT TO STIPULATED ORDER
April 8, 2019
Page 7

If this review process indicates that records from DMV have been delayed beyond the established NVRA timeframes, SoS will immediately notify DMV, in writing, to request an explanation and/or initiate steps to remediate any potential issue. SoS will also communicate to county elections officials about impacts they will experience.

HAVA/COVR

To reduce the number of records that fail the HAVA/COVR check but that are associated with customers who are eligible to register to vote, DMV has begun a programming effort that will allow it to immediately validate handwritten customer records received by mail, to confirm that the information provided matches existing DMV information for that customer. This will prevent records from pending in HAVA/COVR based on inaccurately provided or entered information, such as an incorrect driver's license or identification card number, or improperly formatted or incomplete name information. This programming effort is targeted for completion in May.

Further, SoS has determined that it can accept delivery of records pending in HAVA/COVR, as long as those records are *not* test records or records associated with AB 60 customers, deceased customers, aliases created for law enforcement purposes, or cancelled transactions. DMV will coordinate with SoS to implement the required programming changes to the HAVA/COVR process. DMV is currently developing estimates for the programming time and effort required for these changes, and will provide those estimates when they are available.

Until the programming changes described above have been implemented, DMV and SoS will take the following steps to clear the records that are currently pending in HAVA/COVR. DMV and SoS will coordinate the review of customer information pending in HAVA/COVR to determine whether a registration attempt was made by the customer, and whether the customer has made a subsequent registration attempt or update. For customers who indicated an intent to register during their DMV transaction and who have not had a subsequent registration event, outreach letters will be used. We can discuss these programming changes and efforts to clear currently pending HAVA/COVR records in more detail at our meeting in several weeks.

Paper Records Lacking Electronic Counterparts

DMV anticipates that a programming upgrade to resolve the issue of paper records lacking electronic counterparts will be completed by mid-May, after the implementation of a previously scheduled program upgrade addressing an unrelated issue. In the interim, DMV has issued a memo to field office staff instructing them to perform a workaround for the current programming issue. DMV is also running a daily query to identify any new records affected by the programming issue.

If SoS is not able to register or update registrations for customers impacted by this issue, outreach letters will be sent to those customers.

**FINDINGS PURSUANT TO STIPULATED ORDER**
April 8, 2019
Page 8

Electronic Records with Missing Paper Counterparts

Within the revised Quality Assurance process for paper DL 44 applications, DMV is moving away from having field offices send (via courier) the paper summary sheets to the Audits Branch for review, to have field offices image those papers instead. In addition, over the last six months, the number of paper applications processed in field offices has trended down, and DMV leadership encourages field office management and employees to take affirmative steps to assist customers in navigating the eDL platform, which provides a more accurate and secure method of information delivery.

DMV will send outreach letters to impacted customers, informing them that the voter registration information provided during their recent DMV transaction could not be processed by SoS, and providing information on registering or updating their voter registration, as well as the SoS phone number they can call with any questions or to request a paper voter registration card. DMV anticipates sending the letters out in the next several weeks. Going forward, these records will continue to be identified through the Quality Assurance process, and outreach letters will be sent as the records are identified.

*       *       *

We look forward to discussing these matters with you in more detail at our meeting in several weeks.

Sincerely,

P. PATTY LI
Deputy Attorney General

For     XAVIER BECERRA
Attorney General

cc:     Mollie Lee, ACLU of Northern California
        Brittany Stonesifer, ACLU of Northern California
        Raul Macias, ACLU of Northern California
        Sarah Brannon, ACLU Voting Rights Project
        Stuart Naifeh, Demos

Exhibit A

**Column B abbreviations**
410: paper ID renewal by mail form
COA: paper change of address form
DLIR: DL/ID internet renewal
EDL: electronic and paper DL 44 applications processed in field offices
ICA: internet change of address
RBM: paper DL/ID renewal by mail form

**Column C dates and numbers**
The dates in Column C are the dates for the records that completed the Quality Assurance process, and that were included in this transmission to SoS. For internet and field office transaction records, these are the dates that the transactions were submitted to DMV.  For records from paper renewal-by-mail and change-of-address forms submitted by mail, these are the dates the voter registration information was entered into DMV's electronic voter registration information system.  However, the number of records resulting from paper renewal-by-mail and change-of-address forms submitted by mail is not reflected in Column C.  Those numbers are reflected in Column D, but they are associated with the postmark dates for those records.  The volumes of records in Column C are the number of internet and field office transaction records that completed the Quality Assurance process, and that were included in this transmission to SoS.

**Column D dates**
The dates in Column D are either the date the record was submitted to DMV (for internet transactions and field office transactions) or the postmark date (for transactions submitted by mail).

**Notes**
Transmissions to SoS include records indicating an eligibility to register to vote, even if the customer declined to register to vote.  Customers who declined to register do not have a voter registration record or update released to county elections officials.

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|  | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 2 | 10/18/2018 | 410 33<br>COA 102<br>DLIR 2664<br>EDL 32362<br>ICA 2409<br>RBM 4750 | 10/11/2018 16446<br>10/12/2018 12411<br>10/13/2018 5461 |

|   | A | B | C |
|---|---|---|---|
|   | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 1 |   |   |   |
| 3 | 10/19/2018 | EDL 12153 | 10/15/18 12145 |
| 4 | 10/19/2018 | DLIR 1813<br>ICA 1712 | 10/12/18 3470 |
| 5 | 10/20/2018 | DLIR 4962<br>ICA 5175 | 10/13/2018 2520<br>10/14/2018 2876<br>10/15/2018 4699 |

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 6 | 10/22/2018 | DLIR 7607<br>ICA 8668 | 10/16/2018 3995<br>10/17/2018 3641<br>10/18/2018 3289<br>10/19/2018 3073<br>10/20/2018 2128 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 7 | 10/22/2018 | EDL 11688 | 10/16/18 11676 |
| 8 | 10/23/2018 | EDL 10473 | 10/17/18 10466 |
| 9 | 10/23/2018 | DLIR 1270 ICA 1300 | 10/21/2018 2570 |

|  | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 10 | 10/25/2018 | EDL 10973 | No email |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 11 | 10/26/2018 | EDL 29219 | 10/18/2018 11420<br>10/19/2018 12224<br>10/20/2018 5557 |
| 12 | 10/27/2018 | DLIR 2094<br>EDL 11816<br>ICA 2657 | 10/22/18 16539 |

Page 7 of 80

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|  | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 13 | 10/29/2018 | 410 53<br>COA 1917<br>EDL 1567<br>RBM 25948 | 10/12/2018 2165<br>10/13/2018 918<br>10/14/2018 2<br>10/15/2018 2081<br>10/16/2018 2319<br>10/17/2018 1280<br>10/18/2018 1563<br>10/19/2018 1009<br>10/20/2018 644<br>10/22/2018 200 |

|  | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Record in Transmission** |
| 14 | 10/30/2018 | 410 2<br>COA 47<br>RBM 6585 | No email |

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 15 | 11/8/2018 | DLIR 13890<br>EDL 105051<br>ICA 14083 | 10/23/2018 14645<br>10/24/2018 13273<br>10/25/2018 13660<br>10/26/2018 13971<br>10/27/2018 6541 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|  | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 16 | 11/30/2018 | 410 144<br>COA 1318<br>DLIR 19828<br>EDL 80799<br>ICA 17631<br>RBM 18570 | 10/23/2018 1981<br>10/24/2018 1759<br>10/25/2018 1139<br>10/26/2018 1465<br>10/27/2018 948<br>10/28/2018 2<br>10/29/2018 1567<br>10/30/2018 1631<br>10/31/2018 1658<br>11/1/2018 4432<br>11/2/2018 4865<br>11/3/2018 3058<br>11/4/2018 2720<br>11/5/2018 16646<br>11/6/2018 16149<br>11/7/2018 13241 |

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 17 | 12/10/2018 | DLIR 3967<br>EDL 68738<br>ICA 3557 | 10/27/2018 60<br>10/29/2018 168<br>11/13/2018 3721<br>11/14/2018 3672<br>11/15/2018 11914<br>11/16/2018 12659<br>11/17/2018 6092<br>11/19/2018 13181<br>11/20/2018 12773<br>11/21/2018 11860 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 18 | 12/17/2018 | DLIR 29925 EDL 1126 ICA 24645 | 10/30/2018 185 10/31/2018 143 11/1/2018 151 11/2/2018 145 11/3/2018 44 11/5/2018 129 11/6/2018 114 11/7/2018 98 11/8/2018 125 11/15/2018 3259 11/16/2018 3001 11/17/2018 1917 11/18/2018 2285 11/19/2018 3558 11/20/2018 3128 11/21/2018 2502 11/22/2018 1118 11/23/2018 2145 11/24/2018 2171 11/25/2018 2786 11/26/2018 4319 11/27/2018 3747 11/28/2018 3375 11/29/2018 3101 11/30/2018 2823 12/1/2018 2391 12/2/2018 2590 12/3/2018 4201 |

|   | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Record in Transmission** |
| 19 | 12/23/2018 | EDL 94594 | 12/4/2018 11115<br>12/5/2018 10041 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|  | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 20 | 12/28/2018 | DLIR 21720<br>ICA 18134 | November 26th - December 2nd, 2018<br>December 6th - December 17th, 2018 |
| 21 | 1/2/2019 | EDL 1 | No email |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|    | A | B | C |
|----|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 22 | 1/2/2019 | EDL 81065 | 12/3/2018 4<br>12/4/2018 2<br>12/5/2018 2<br>12/6/2018 10644<br>12/7/2018 11454<br>12/8/2018 5058<br>12/10/2018 11510<br>12/11/2018 10802<br>12/12/2018 10001<br>12/13/2018 10394<br>12/14/2018 11158 |

|  | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 23 | 1/2/2019 | 410 216<br>COA 3992<br>RBM 37045 | 11/8/2018 892<br>11/9/2018 1501<br>11/10/2018 2468<br>11/11/2018 1<br>11/12/2018 235<br>11/13/2018 3809<br>11/14/2018 2043<br>11/15/2018 2069<br>11/16/2018 1450<br>11/17/2018 1290<br>11/18/2018 2<br>11/19/2018 2086<br>11/20/2018 1605<br>11/21/2018 1187<br>11/22/2018 1<br>11/23/2018 1138<br>11/24/2018 1106<br>11/26/2018 1916<br>11/27/2018 2064<br>11/28/2018 2107<br>11/29/2018 1794<br>11/30/2018 1823<br>12/1/2018 388<br>12/3/2018 33 |

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 24 | 1/2/2019 | EDL 1028 | 11/9/2018 128<br>11/13/2018 180<br>11/14/2018 107<br>11/15/2018 112<br>11/16/2018 84<br>11/17/2018 37<br>11/18/2018 10<br>11/19/2018 147<br>11/20/2018 101<br>11/21/2018 97<br>11/22/2018 5<br>11/23/2018 8<br>11/24/2018 10 |

|   | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 25 | 1/2/2019 | DLIR 9174<br>ICA 7615 | 12/18/2018 3142<br>12/19/2018 2862<br>12/20/2018 2542<br>12/21/2018 2351<br>12/22/2018 1705<br>12/23/2018 1432<br>12/24/2018 1480<br>12/25/2018 1083 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 26 | 1/3/2019 | EDL 69 | 10/12/2018 4<br>10/13/2018 2<br>10/15/2018 5<br>10/16/2018 14<br>10/17/2018 3<br>10/18/2018 10<br>10/19/2018 13<br>10/20/2018 4<br>10/22/2018 14 |

|  | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 27 | 1/3/2019 | 410 100<br>COA 2588<br>RBM 16755 | 12/8/2018 537<br>12/9/2018 55<br>12/10/2018 2325<br>12/11/2018 1933<br>12/12/2018 904<br>12/13/2018 63<br>12/14/2018 128<br>12/15/2018 5 |

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 28 | 1/3/2019 | EDL 2394 | 11/25/2018 14<br>11/26/2018 172<br>11/27/2018 123<br>11/28/2018 146<br>11/29/2018 134<br>11/30/2018 123<br>12/1/2018 45<br>12/2/2018 1<br>12/3/2018 140<br>12/4/2018 117<br>12/5/2018 104<br>12/6/2018 105<br>12/7/2018 119<br>12/8/2018 31<br>12/10/2018 138<br>12/11/2018 110<br>12/12/2018 111<br>12/13/2018 114<br>12/14/2018 98<br>12/15/2018 24<br>12/17/2018 107<br>12/18/2018 117<br>12/19/2018 96<br>12/20/2018 103 |

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 29 | 1/3/2019 | DLIR 3554<br>ICA 3353 | 12/26/2018 3330<br>12/27/2018 3507 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 30 | 1/4/2019 | EDL 106900 | 12/17/2018 11690<br>12/18/2018 11209<br>12/19/2018 9967<br>12/20/2018 10943<br>12/21/2018 11596<br>12/24/2018 9726<br>12/26/2018 10813<br>12/27/2018 12774<br>12/28/2018 13256 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 31 | 1/4/2019 | DLIR 2660<br>ICA 2437 | 12/28/2018 2878<br>12/29/2018 2063 |

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 32 | 1/4/2019 | 410 1<br>COA 496<br>RBM 4824 | December 22-December 25, 2018 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|  | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 33 | 1/4/2019 | EDL 468 | 12/21/2018 111<br>12/22/2018 6<br>12/24/2018 65<br>12/26/2018 82<br>12/27/2018 120<br>12/28/2018 84 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 34 | 1/8/2019 | 410 41<br>COA 223<br>EDL 22281<br>RBM 3704 | 12/26/2018 1<br>12/27/2018 4<br>12/30/2018 4<br>12/31/2018 12096<br>1/2/2019 10159 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|   | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 35 | 1/11/2019 | 410 61<br>COA 482<br>DLIR 13526<br>EDL 30120<br>ICA 12315<br>RBM 5668 | 12/28/2018 30<br>12/29/2018 73<br>12/30/2018 1995<br>12/31/2018 2432<br>1/1/2019 2519<br>1/2/2019 5187<br>1/3/2019 16633<br>1/4/2019 16595<br>1/5/2019 7635<br>1/6/2019 2820 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 36 | 1/14/2019 | COA 153<br>DLIR 6581<br>EDL 22615<br>ICA 8218<br>RBM 2600 | 1/3/2019 99<br>1/4/2019 52<br>1/7/2019 16639<br>1/8/2019 15629<br>1/9/2019 4809 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 37 | 1/15/2019 | 410 21<br>COA 38<br>EDL 10468<br>RBM 1436 | 1/4/2019 95<br>1/5/2019 22<br>1/9/2019 10345 |

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 38 | 1/16/2019 | COA 241<br>EDL 94<br>RBM 1907 | 1/7/2019 93 |

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 39 | 1/16/2019 | 410 3<br>COA 4<br>DLIR 6212<br>EDL 28314<br>ICA 6478<br>RBM 905 | 1/8/2019 128<br>1/9/2019 204<br>1/11/2019 15236<br>1/12/2019 7568<br>1/13/2019 2607 |

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 40 | 1/17/2019 | 410 1<br>COA 119<br>DLIR 2233<br>EDL 11184<br>ICA 2480<br>RBM 1864 | 1/10/2019 103<br>1/11/2019 68<br>1/13/2019 86<br>1/14/2019 15614 |

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 41 | 1/22/2019 | 410 48<br>COA 25<br>DLIR 3930<br>EDL 10658<br>ICA 4088<br>RBM 785 | 1/12/2019 43<br>1/13/2019 25<br>1/14/2019 239<br>1/15/2019 14732<br>1/16/2019 3582 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|   | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 42 | 1/24/2019 | 410 5<br>COA 477<br>DLIR 6996<br>EDL 19938<br>ICA 6627<br>RBM 854 | 1/15/2019 126<br>1/16/2019 9552<br>1/17/2019 13677<br>1/18/2019 3070<br>1/19/2019 1897<br>1/20/2019 2033<br>1/21/2019 3186 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|   | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 43 | 1/25/2019 | 410 22<br>COA 678<br>DLIR 4901<br>EDL 33445<br>ICA 5251<br>RBM 9149 | 1/16/2019 72<br>1/17/2019 85<br>1/18/2019 11731<br>1/19/2019 19<br>1/20/2019 25<br>1/21/2019 111<br>1/22/2019 15103<br>1/23/2019 13307<br>1/24/2019 3103 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|  | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 44 | 1/28/2019 | COA 119<br>DLIR 1306<br>EDL 10989<br>ICA 1388<br>RBM 1186 | 1/23/2019 119<br>1/24/2019 10965<br>1/25/2019 2581 |

|  | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 45 | 1/29/2019 | COA 211<br>DLIR 952<br>EDL 11818<br>ICA 958<br>RBM 1851 | 1/24/2019 102<br>1/25/2019 11750<br>1/26/2019 1857 |

Page 39 of 80

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 46 | 1/31/2019 | COA 43<br>DLIR 2623<br>EDL 6035<br>ICA 3023<br>RBM 282 | 1/26/2019 6075<br>1/27/2019 2111<br>1/28/2019 3487 |
| 47 | 2/1/2019 | COA 30<br>EDL 98<br>RBM 697 | 1/25/2019 74<br>1/26/2019 24 |

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 48 | 2/1/2019 | 410 28<br>COA 108<br>DLIR 2682<br>ICA 3228<br>RBM 2174 | 1/28/2019 39<br>1/29/2019 152<br>1/30/2019 2979<br>1/31/2019 2809 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 49 | 2/1/2019 | DLIR 1499<br>EDL 21497<br>ICA 1783 | 1/28/2019 11079<br>1/29/2019 13615 |
| 50 | 2/4/2019 | DLIR 1307<br>EDL 8993<br>ICA 1353 | 1/30/2019 9006<br>2/1/2019 2555 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|  | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 51 | 2/6/2019 | 410 59<br>COA 177<br>DLIR 2133<br>EDL 26681<br>ICA 2082<br>RBM 1692 | 1/31/2019 9931<br>2/1/2019 11383<br>2/2/2019 7569<br>2/3/2019 1993 |

|   | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 52 | 2/6/2019 | 410 10<br>COA 70<br>DLIR 3559<br>EDL 10909<br>ICA 3491<br>RBM 870 | 1/29/2019 74<br>2/2/2019 32<br>2/3/2019 69<br>2/4/2019 14311 |

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 53 | 2/7/2019 | COA 24<br>DLIR 1318<br>EDL 10401<br>ICA 1711<br>RBM 862 | 2/1/2019 66<br>2/2/2019 18<br>2/4/2019 129<br>2/5/2019 10297<br>2/6/2019 2908 |

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 54 | 2/8/2019 | 410 1<br>COA 59<br>DLIR 1191<br>EDL 9676<br>ICA 1482<br>RBM 984 | 2/5/2019 93<br>2/6/2019 9627<br>2/7/2019 2612 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|  | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 55 | 2/12/2019 | COA 32<br>DLIR 1071<br>EDL 10369<br>ICA 2356<br>RBM 1099 | 2/6/2019 90<br>2/7/2019 10393<br>2/8/2019 2381<br>2/9/2019 912 |

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 56 | 2/13/2019 | 410 23<br>COA 91<br>DLIR 1825<br>EDL 17002<br>ICA 2744<br>RBM 2240 | 2/7/2019 68<br>2/8/2019 11516<br>2/9/2019 5423<br>2/10/2019 966<br>2/11/2019 3581 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 57 | No email | COA 44<br>DLIR 1817<br>EDL 21018<br>ICA 1585<br>RBM 1177 | No email |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 58 | 2/15/2019 | COA 86<br>DLIR 1610<br>EDL 8974<br>ICA 1501<br>RBM 1268 | 2/12/2019 85<br>2/13/2019 11968 |

|   | A | B | C |
|---|---|---|---|
|   | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 1 |   |   |   |
| 59 | No email | COA 86<br>DLIR 1610<br>EDL 8974<br>ICA 1501<br>RBM 1268 | No email |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|  | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 60 | 2/19/2019 | COA 246<br>DLIR 1161<br>EDL 79<br>ICA 1169<br>RBM 512 | 2/12/2019 105<br>2/13/2019 62<br>2/14/2019 2235 |

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 61 | 2/20/2019 | DLIR 2460<br>EDL 24811<br>ICA 2069 | 2/13/2019 72<br>2/14/2019 9074<br>2/15/2019 13679<br>2/16/2019 6495 |

|   | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 62 | 2/21/2019 | COA 613<br>DLIR 4190<br>EDL 11107<br>ICA 4048<br>RBM 1755 | 2/15/2019 61<br>2/16/2019 66<br>2/17/2019 1925<br>2/18/2019 2954<br>2/19/2019 14327 |

| | A | B | C | |
|---|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission | |
| 63 | 2/23/2019 | 410 16<br>COA 196<br>DLIR 1591<br>EDL 10112<br>ICA 1669<br>RBM 497 | 2/19/2019 135<br>2/20/2019 13140 | |

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 64 | 2/26/2019 | 410 34<br>COA 265<br>DLIR 1389<br>EDL 10388<br>ICA 1499<br>RBM 386 | 2/20/2019 108<br>2/21/2019 13125 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|   | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Records in Transmission** |
| 65 | 2/26/2019 | COA 190<br>DLIR 2235<br>EDL 16886<br>ICA 2209<br>RBM 1753 | 2/21/2019 141<br>2/22/2019 14096<br>2/23/2019 7045 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 66 | 2/28/2019 | 410 3<br>COA 197<br>DLIR 2694<br>EDL 11097<br>ICA 2880<br>RBM 1136 | 2/22/2019 75<br>2/23/2019 70<br>2/24/2019 2144<br>2/25/2019 14373 |

|   | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 67 | 2/28/2019 | DLIR 1583<br>EDL 10439<br>ICA 1740 | 2/26/2019 13616 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|   | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 68 | 3/4/2019 | COA 140<br>DLIR 1437<br>EDL 9428<br>ICA 1587<br>RBM 688 | 2/25/2019 81<br>2/26/2019 120<br>2/27/2019 12243 |

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 69 | 3/4/2019 | COA 54<br>DLIR 1417<br>EDL 10449<br>ICA 1593<br>RBM 966 | 2/27/2019 66<br>2/28/2019 13350 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Records in Transmission** |
| 70 | 3/6/2019 | 410 20<br>COA 368<br>DLIR 3910<br>EDL 17161<br>ICA 3768<br>RBM 2751 | 2/27/2019 72<br>2/28/2019 148<br>3/1/2019 14093<br>3/2/2019 8047<br>3/3/2019 2462 |

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 71 | 3/7/2019 | 410 24<br>COA 32<br>DLIR 1913<br>EDL 22221<br>ICA 2021<br>RBM 1329 | 3/3/2019 70<br>3/4/2019 15309<br>3/5/2019 10745 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|  | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Records in Transmission** |
| 72 | 3/8/2019 | 410 4<br>COA 1<br>DLIR 1574<br>EDL 9764<br>ICA 1489<br>RBM 2204 | 3/5/2019 2972<br>3/6/2019 9706 |

Page 64 of 80

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 73 | 3/11/2019 | EDL 10755 | 3/6/2019 50<br>3/7/2019 10694 |

|  | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 74 | 3/13/2019 | COA 28<br>DLIR 3034<br>ICA 3161<br>RBM 576 | 3/6/2019 3190<br>3/7/2019 2937 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 75 | 3/13/2019 | COA 37<br>DLIR 2258<br>EDL 17253<br>ICA 2165<br>RBM 906 | 3/7/2019 149<br>3/8/2019 13879<br>3/9/2019 7595 |

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 76 | 3/14/2019 | COA 42<br>DLIR 2790<br>EDL 10988<br>ICA 2941<br>RBM 857 | 3/9/2019 28<br>3/10/2019 2232<br>3/11/2019 14436 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 77 | 3/15/2019 | DLIR 1243<br>EDL 20389<br>ICA 1383 | 3/12/2019 13195<br>3/13/2019 9718 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|  | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 78 | 3/18/2019 | 410 85<br>COA 259<br>DLIR 2618<br>EDL 43<br>ICA 2811<br>RBM 1735 | 3/11/2019 28<br>3/12/2019 32<br>3/13/2019 2981<br>3/14/2019 2418 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|   | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 79 | 3/19/2019 | DLIR 1283<br>EDL 26176<br>ICA 1299 | 3/14/2019 9362<br>3/15/2019 14046<br>3/16/2019 5303 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 80 | 3/20/2019 | 410 80<br>COA 227<br>DLIR 1991<br>EDL 10971<br>ICA 1769<br>RBM 2109 | 3/14/2019 73<br>3/16/2019 1799<br>3/17/2019 1925<br>3/18/2019 10922<br>3/20/2019 27 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 81 | 3/21/2019 | COA 162<br>DLIR 1651<br>EDL 10747<br>ICA 1829<br>RBM 2306 | 3/15/2019 48<br>3/16/2019 22<br>3/17/2019 2<br>3/18/2019 3467<br>3/19/2019 10676<br>3/20/2019 22<br>3/21/2019 33 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|  | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 82 | 3/22/2019 | DLIR 2583<br>EDL 9622<br>ICA 3040 | 3/19/2019 2513<br>3/20/2019 12592 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 83 | 3/25/2019 | COA 110<br>DLIR 1246<br>EDL 10438<br>ICA 1533<br>RBM 2579 | 3/18/2019 41<br>3/19/2019 60<br>3/20/2019 49<br>3/21/2019 13057 |
| 84 | 3/26/2019 | EDL 29 | 3/21/2019 29 |

Page 75 of 80

| | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 85 | 3/27/2019 | 410 42<br>COA 273<br>DLIR 2135<br>EDL 27697<br>ICA 2187<br>RBM 1081 | 3/21/2019 29<br>3/22/2019 13752<br>3/23/2019 7145<br>3/25/2019 11033 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|  | A | B | C |
|---|---|---|---|
| 1 | Date of Notification or Transmission from DMV to SoS | Sources and Number of Records Transmitted | Quality Assurance Processing Date and Number of Recor in Transmission |
| 86 | 3/28/2019 | COA 111<br>DLIR 999<br>EDL 10904<br>ICA 1081<br>RBM 769 | 3/22/2019 51<br>3/23/2019 11<br>3/24/2019 2080<br>3/25/2019 1<br>3/26/2019 10835 |

Transmissions of Voter Registration Records, Paragraph 2 of Stip

|   | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Record in Transmission** |
| 87 | 3/29/2019 | COA 10<br>EDL 9835<br>RBM 1024 | 3/25/2019 58<br>3/26/2019 42<br>3/27/2019 9728 |

Page 78 of 80

|   | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 88 | No email | EDL 490 | No email |

| | A | B | C |
|---|---|---|---|
| 1 | **Date of Notification or Transmission from DMV to SoS** | **Sources and Number of Records Transmitted** | **Quality Assurance Processing Date and Number of Recor in Transmission** |
| 89 | 4/2/2019 | COA 102<br>DLIR 3154<br>EDL 37<br>ICA 3524<br>RBM 1400 | 3/25/2019 3430<br>3/26/2019 3172<br>3/27/2019 37 |